United States District Court
District of Massachusetts

04 MBD 10055

The plaintiff requests permission from this court to file the following
with the court and the Miscellaneous Business Docket Judge in US
District Court for the District of Massachusetts

As this motion does not
include in the papers sought
to be filed" as required by
paragraph 3 of Judge
Woodlock's January 6, 2004
Memorandum and Order
and does not appear to
relate to a pending case
or other request for relief,
it is hereby DENIED.
Wolf, D.J.
Feb. 24, 2004

Sincerely
Kevin R Tighe
Kevin R Tighe
668 main st
Wilmington Mass 01887